BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOHN C. SHIRTS, IDAHO STATE BAR NO. 9295
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN EARL RAY,<br><br>Defendant. | Case No. CR-19-275-E-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924 (a)(2)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Possession of a Firearm by a Prohibited Person**
**18 U.S.C. §§ 922(g)(1) and 924 (a)(2)**

On or about June 28, 2019, in the District of Idaho, the defendant, NATHAN EARL RAY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a 2015 felony conviction for Possession of a Controlled Substance and Felony Concealment or Destruction of Evidence, in Cassia County, Idaho, Case No. CR-2015-179; a 2013 felony conviction for Eluding, in Minidoka County, Idaho, Case No.

**INDICTMENT - 1**

CR-2013-1224; a 2006 felony conviction for Possession of a Controlled Substance, in Twin Falls County, Idaho, Case No. CR-2005-7889; and a 2006 felony conviction for Eluding, in Minidoka County, Idaho, Case No. CR-2005-2078, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Hi-Point, model C9, 9mm caliber pistol, serial number P1997480, said firearm having traveled in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, NATHAN EARL RAY, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. A Hi-Point, model C9, 9mm caliber pistol, serial number P1997480; and

    b. All associated ammunition.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

INDICTMENT - 2

      c.      Has been placed beyond the jurisdiction of the court;

      d.      Has been substantially diminished in value; or

      e.      Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 27th day of August, 2019.

                                      A TRUE BILL

                                      */s/ [signature on reverse]*
                                      _____
                                      FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
JOHN C. SHIRTS
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**